**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dion Christopher CAMERON, a/k/a Killer Cam, a/k/a Little Dion, a/k/a Pretty Dion, a/k/a D.C., Defendant–Appellant.**

No. 15–7893.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2016.

Decided: April 1, 2016.

Dion Christopher Cameron, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dion Christopher Cameron appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cameron*, No. 2:09–cr–00180–RAJ–FBS–1 (E.D.Va. Nov. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*